

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00126-CV

Gabriel **CANTU**,
Appellant

v.

**C & W RANCHES, LTD.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 180361CVA
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and this case is REMANDED to the trial court for further proceedings. It is ORDERED that Appellant Gabriel Cantu recover his costs of appeal against Appellee C & W Ranches, Ltd.

SIGNED April 28, 2021.

_____
Liza A. Rodriguez, Justice